UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:21-cv-00018-MR

| MARK BOGER, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) ORDER |
| JOSEPH CROSSWHITE, et al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on review of Plaintiff's Complaint [Doc. 1], filed under 42 U.S.C. § 1983, and Plaintiff's Application to Proceed in District Court Without Prepaying Fees and Costs ("IFP Application") [Doc. 2].

Pro se Plaintiff Mark Boger ("Plaintiff") is a prisoner of the State of North Carolina currently incarcerated at Alexander Correctional Institution in Taylorsville, North Carolina. He filed this action on February 5, 2021, pursuant to 42 U.S.C. § 1983, naming Joseph Crosswhite and Crystal Beale as Defendants. [Doc. 1]. Plaintiff's Complaint is not signed and his IFP Application is not signed or dated. [See Doc. 1 at 6; Doc. 2 at 1]. Plaintiff must file signed and dated versions of these documents before the Court will allow Plaintiff to proceed in forma pauperis or conduct its initial review of

Plaintiff's Complaint.

**IT IS THEREFORE ORDERED** that Plaintiff shall submit an amended complaint and an amended Application to Proceed in District Court Without Prepaying Fees and Costs that are complete, signed, and dated within thirty (30) days of this Order. If Plaintiff fails to timely submit an amended complaint and an amended IFP Application in accordance with the terms of this Order, Plaintiff's Complaint may be dismissed without prejudice and without further notice to Plaintiff.

The Clerk is instructed to mail Plaintiff blank copies of a 42 U.S.C. § 1983 Complaint and an Application to Proceed in District Court Without Prepaying Fees and Costs.

**IT IS SO ORDERED**.

Signed: February 13, 2021

Martin Reidinger
Chief United States District Judge