# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| MARK BOGER, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:21-cv-00018-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| JOSEPH CROSSWHITE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 16, 2021 Order.

March 16, 2021

Frank G. Johns, Clerk
United States District Court